1    UNITED STATES DISTRICT COURT

2    DISTRICT OF NEVADA

3    * * *

4    UNITED STATES OF AMERICA,

5                    Plaintiff,                    2:03-CR-434-PMP-LRL

6    vs.                                           **ORDER**

7    EDDIE MARTINEZ-RUIZ,

8

9                    Defendant.

10           IT IS THEREFORE ORDERED that Defendant Eddie Martinez-Ruiz's

11   Motion to Extend his Surrender date has been granted and he  has until June 20, 2011 at 4:00 p.m.

12   to self-surrender to the U.S. Marshal's Office.

13

14           DATED this 16th  day of June, 2011.

15

16

17                                                UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28